**Troy Wayne RODGERS, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.**

No. 00–7448.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2001.

Decided March 19, 2001.

Troy Wayne Rodgers, pro se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for appellee.

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Troy Wayne Rodgers seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Rodgers v. Angelone,* 113 F.Supp.2d 922 (E.D.Va.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*